ufacturing Company, respondent. F. Bien, for appellant. B. L. Winters, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

OTTO, Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by John Otto against William H. Gardner. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

---

PALMER v. AMERICAN PRESS ASS'N. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by Tyndale Palmer against the American Press Association. No opinion. Motion denied, with $10 costs.

---

PECK et al., Appellants and Respondents, v. RICHARDSON et al., Respondents and Appellants. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Marquis L. Peck and others, as administrators, etc., against John E. Richardson, as executor, etc., and others. No opinion. Motion for reargument denied, with $10 costs and disbursements. See 44 N. Y. Supp. 919.

---

PECK, Respondent, v. DEXTER SULPHITE PULP & PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Frank J. Peck against the Dexter Sulphite Pulp & Paper Company. No opinion. Judgment and order affirmed, with costs.

---

PEISER v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Albert Peiser against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

---

PEOPLE v. COMMERCIAL ALLIANCE INS. CO. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by the people of the state of New York against the Commercial Alliance Insurance Company. No opinion. Motion granted. See 45 N. Y. Supp. 223.

---

PEOPLE, Respondent, v. KNATT, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the people of the state of New York against Justus Knatt. No opinion. Judgment of conviction and order affirmed, and the judgment to be entered certified, and remitted to the clerk of Monroe county, pursuant to section 547 of the Code of Criminal Procedure.

---

PEOPLE, Respondent, v. PARMENTER, Appellant. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by the people of the state of New York against Hartley H. Parmenter. No opinion. Order affirmed, without costs of this appeal.

PEOPLE, Respondent, v. PHILIPS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the people of the state of New York against Horace Philips. No opinion. Judgment· affirmed, with costs. All concur, except FOLLETT, J., not voting.

---

PEOPLE ex rel. BAJARDO v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of E. Bajardo, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

---

PEOPLE ex rel. DADY, Appellant, v. BENNETT, et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1897.) Action by the people of the state of New York, on relation of Michael J. Dady, against William V. B. Bennett, supervisor of the town of Gravesend, and others. No opinion. Motion for reargument denied on the authority of Citizens' Waterworks Co. v. Parry (Sup.) 15 N. Y. Supp. 579. An application may be made to the court of appeals to send the case back to this court, and, if that is granted, the motion for a reargument there may be renewed. See 46 N. Y. Supp. 231.

---

PEOPLE ex rel. DONNELLY, Appellant, v. RIGGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the people of the state of New York, on the relation of Donnelly, against Arthur Riggs, clerk of board of supervisors of Lewis county. No opinion. Order affirmed, with costs. See 45 N. Y. Supp. 53.

---

PEOPLE ex rel. DOOLEY, Appellant, v. BERRI et al., Respondents. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by the people of the state of New York, on relation of James Dooley, against William Berri and others. C. A. Watson, for appellant. J. C. Bergen, for respondents. No opinion. Proceedings affirmed, with costs.

---

PEOPLE ex rel. ELISCH v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897) Action by the people of the state of New York, on the relation of Charles Elisch, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

---

PEOPLE ex rel. GATTO v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Giacinto Gatto, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

---

PEOPLE ex rel. HIGGINS v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of J.